Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-344-886**

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 03, 2023

---

**Title**

    Title of Work: portrait of a highland cow

**Completion/Publication**

    Year of Completion: 2011
    Date of 1st Publication: August 28, 2012
    Nation of 1st Publication: United Kingdom

**Author**

    • Author: Dorit Maritta Fuhg
      Author Created: photograph
      Citizen of: Germany

**Copyright Claimant**

    Copyright Claimant: Dorit Maritta Fuhg
      Hartungstrasse 17d, Dresden, 01259, Germany

**Rights and Permissions**

    Name: Dorit Fuhg
    Email: dorit@fuhgphotography.com

**Certification**

    Name: David Denholm
    Date: March 27, 2023
    Applicant's Tracking Number: DF2023032701

Page 1 of 1

