## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dorit Maritta Fuhg

                        Plaintiff,

v.                                                   Case No.: 1:24−cv−05559

                                                   Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion for a preliminary injunction [20] is granted. Plaintiff's filings establish that it has acted expeditiously to protect its interests and that there remains a significant risk defendants will transfer relevant assets beyond the Court's reach. For these reasons, as well as the reasons provided in the whole of plaintiff's filings and as stated by the Court in connection with entry of the TRO, the Court is persuaded that plaintiff has satisfied the requirements for a preliminary injunction. In addition, the Court finds that the balance of harms favors plaintiff and that a preliminary injunction serves the public interest by, among other things, protecting consumers from the marketing of counterfeit goods. Plaintiff has also certified and established [23, 25] that it provided electronic notice to defendants of the pendency of this action and the motion, but no objection to the motion for a preliminary injunction has been filed on behalf of any defendant. Enter preliminary injunction order. Plaintiff's counsel is directed to ensure that all defendants listed on Schedule A are added to the court's docket within five business days. The Clerk is requested to unseal any previously−sealed documents. Because no preliminary injunction hearing has been requested, the preliminary injunction hearing tentatively set for 7/30/2024 is stricken. Summons was issued on 7/17/2024, and Defendants' responses to the complaint are due by 8/12/2024. Plaintiff should file any motion for entry of default and default judgment by 9/5/2024. If there are any remaining defendants whom default and default judgment are not being sought, Plaintiff is ordered to file a status report identifying each defendant against whom this case is proceeding and state whether the parties anticipate a settlement or further litigation. A telephone status hearing is set for 9/12/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.